UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. NAJEE MCCOY, 11-cr-0832 (DMC)
SBI No.: **161145D**, D.O.B.:07/15/1987

## PETITION FOR WRIT OF HABEAS CORPUS

1. **NAJEE MCCOY, SBI No.: 161145D, D.O.B.:07/15/1987** is now confined at the Wagner Youth Correctional Facility, Bordentown, New Jersey 08505

2. This individual is a defendant in a federal case and will be required at Newark, New Jersey before the Hon. Dennis M. Cavanaugh, on **Monday, December 12, 2011 at 10:00 a.m.** for an Arraignment. A Writ of Habeas Corpus should be issued for that purpose.

DATED: December 8, 2011

S:/RODNEY VILLAZOR
Rodney C. Villazor
Assistant U.S. Attorney
Petitioner - 973-645-2823

## ORDER

Let the Writ Issue.

DATED: 8 Dec. 2011

Hon. Dennis M. Cavanaugh

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Wagner Youth Correctional Facility:
WE COMMAND YOU that you have the body of:

**NAJEE MCCOY, SBI No.: 161145D, D.O.B.:07/15/1987**

now confined at the Wagner Youth Correctional Facility, on **Monday, December 12, 2011 at 10:00 a.m.** be brought before the United States District Court, the Hon. Dennis M. Cavanaugh, U.S. District Judge, in the U.S. Post Office and Courthouse, Newark, New Jersey 07102 on **Monday, December 12, 2011 at 10:00 a.m.**, so that he may appear for an Arraignment in the above-captioned matter.

WITNESS the Honorable Dennis M. Cavanaugh
United States District Judge
Newark, New Jersey.

DATED: 8 Dec 2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
         Deputy Clerk